**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED

2005 APR -4 A 11: 29

**ORIGINAL**

U.S. DISTRICT COURT
BRIDGEPORT, CONN

**Jackson Lewis LLP**
**One North Broadway, Suite 1502**
**White Plains, New York 10601**
**(914) 328-0404**
**Attorney of Record for Defendants**
**Margaret Armstrong Weiner (CT18084)**

----------------------------------------------------x
ALICIA RODRIGUEZ,                    :
                                     :
           Plaintiff,                :
                                     :
     -against-                       :
                                     :    3:04 CV 1672 (WWE)
ABILITY BEYOND DISABILITY,           :
JEFFREY TOMASCAK, HEIDI              :
CHELEDNIK and DONNA DORIS,           :
                                     :
           Defendants.               :
----------------------------------------------------x

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and among the Plaintiff Alicia Rodriquez, and Defendants Ability Beyond Disability, Jeffrey Tomascak, Heidi Chelednik and Donna Doris (collectively "Defendants"), through their undersigned counsel, who are authorized by their respective clients to execute this Stipulation, that the above-captioned action be dismissed against Defendants as to the claims of Plaintiff Alicia Rodriquez , with prejudice to Plaintiff Alicia Rodriquez, and with no award of attorneys' fees, costs and/or disbursements to any side.

Dated: __March 10__, 2005     By: _____
                                  Jose Vivaldi Martinez
                                  Law Offices of Jose Vivaldi Martinez
                                  39 Mill Plain Road, Suite 10
                                  Danbury, CT 06811

                                  ATTORNEYS FOR PLAINTIFF


                                  JACKSON LEWIS LLP
                                  One North Broadway
                                  White Plains, New York 10601
                                  (914) 328-0404

Dated: __3/30/__, 2005        By: _____
                                  Margaret A. Weiner, Esq.
                                  ATTORNEYS FOR DEFENDANTS


So Ordered this _____ day
of _____, 2005


_____
HONORABLE